IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DONALD E.L. JOHNSON, SR.,
DONALD E.L. JOHNSON, JR.,
DANIELLE K. JOHNSON, DREW
S. JOHNSON,

Case No. 1:20-cv-01117-CL

Plaintiffs,

v.

**ORDER**

711 STORES, MEDFORD P.D., ASHLAND
P.D., AFS/CHILD WELFARE, TIMBER INN
ASHLAND, THE LODGE ON RIVER, JO HARRIES,

Defendants.

---

CLARKE, Magistrate Judge.

Plaintiffs, a family of self-represented litigants, have sought to proceed *in forma pauperis* ("IFP") in this action. In accordance with 28 U.S.C. § 1915(e)(2)(B), the Court has screened Plaintiffs' Complaint and finds the handwriting to be illegible. The Court is unable to decipher the basis for jurisdiction, statement of claim, or the relief sought. Therefore, Plaintiffs' complaint is dismissed without prejudice and with leave to refile within 30 days of this order.

The Court will consider Plaintiff's application to proceed *in forma pauperis* ("IFP") and motion for appointment of counsel upon refiling.

IT IS SO ORDERED and DATED this 21st day of July, 2020.

/s/ Mark D. Clarke  
MARK D. CLARKE  
United States Magistrate Judge